JASON PALMER et al., Appellants, v CIMINELLI-COWPER Co., INC., et al., Respondents. (Appeal No. 1.) [849 NYS2d 828]—

SHAWN PALMER, Appellant, v CIMINELLI-COWPER CO., INC., et al., Respondents. (Appeal No. 2.) [849 NYS2d 829]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered September 14, 2007 in a personal injury action. The order denied the motion of plaintiff for leave to amend the complaint to add Louis P. Ciminelli Construction Co., Inc., also known as L.P. Ciminelli, as a defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Palmer v Ciminelli-Cowper Co., Inc.*

(48 AD3d 1210 [2008]). Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.